IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Elizabeth McMillan-McCartney**         *
    Plaintiff,
                                        *

v.                                                                  Case No. **18-cv-03331 (CBD)**
                                          *

**Caldwell McMillan Jr.**
    Defendant.                                      *

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the **Caldwell McMillan Jr., Defendant**

    I certify that I am admitted to practice in this Court.

**09/01/2021**                                                         **/s/ Sean R. Day /s/**
Date                                                                   Signature

                                                                 **Sean R. Day (Bar No. 12831)**
                                                                  Printed name and bar number

                                                                  **7474 Greenway Center Dr Ste 150**
                                                                  **Greenbelt MD 20770-3524**
                                                                  Address

                                                                  **Sean@DayInCourt.Net**
                                                                  Email address

                                                                  **301.220.2270**
                                                                  Telephone number

                                                                  **301.220.2441**
                                                                  Fax number