# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ELIZABETH McMILLAN-McCARTNEY** | |
| Plaintiff | Case No.: |
| v. | **18-cv-03331-CBD** |
| **CALDWELL McMILLAN, JR.** | |
| Defendant | |

## DEFENDANT'S CONSENT NOTION TO LATE FILE NOTICE REGARDING DISPOSITIVE MOTION AND PROPOSED SCHEDULE

Caldwell McMillian, Jr., by and through counsel, moves for leave to late file *Defendant's Consent Notion to Late File Notice Regarding Dispositive Motion and Proposed Schedule* (submitted herewith), and states:

**1.** The Plaintiff, through counsel, consents to the late filing of the Notice.

**2.** The Court ordered that by August 30, 2021, each party should file a Notice of Intent to File a Pretrial Dispositive Motion.

**3.** Counsel was retained on September 1, 2021.

**4.** The Defendant seeks to late file his notice by three days.

**5.** There is no prejudice.

**WHEREFORE**, the Defendant requests that his notice be accepted for filing.

Respectfully submitted,

/s/ Sean R. Day /s/
Sean R. Day (Bar No. 12831)
7474 Greenway Center Dr Ste 150
Greenbelt MD 20770-3524
301.220.2270 phone
301.220.2441 fax
Sean@DayInCourt.Net
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was served this filing date upon all parties through the ECF filing system. All parties are represented by counsel who are registered ECF users and have entered appearances in this case.

/s/ Sean R. Day /s/
Sean R. Day