# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ELIZABETH McMILLAN-McCARTNEY** | |
| Plaintiff | Case No.: |
| v. | **18-cv-03331-CBD** |
| **CALDWELL McMILLAN, JR.** | |
| Defendant | |

## DEFENDANT'S NOTICE REGARDING DISPOSITIVE MOTION AND PROPOSED SCHEDULE

Caldwell McMillian, Jr., by and through counsel (appearance entered 09/01/21), states that he intends to file a dispositive motion. The attorneys for the parties have conferred and have agreed upon the following proposed schedule (in place of the proposed schedule the Plaintiff filed (ECF 69) before undersigned counsel entered an appearance):

| | | |
|---|---|---|
| i. | Defendant's Summary Judgment Motion | November 1, 2021[1] |
| ii. | Plaintiff's Opposition/Cross Motion (OR Plaintiff's Summary Judgement Motion if Defendants do not file any dispositive motion) | December 3, 2021 |
| iii | Defendant's Reply/Opposition | December 23, 2021 |
| iv. | Plaintiff's Reply | January 14, 2022 |

---

[1] Defendant's counsel needs this time to get up to speed on the case and file a motion, given matters already on his calendar.

Respectfully submitted,

/s/ Sean R. Day /s/
Sean R. Day (Bar No. 12831)
7474 Greenway Center Dr Ste 150
Greenbelt MD 20770-3524
301.220.2270 phone
301.220.2441 fax
Sean@DayInCourt.Net
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served this filing date upon all parties through the ECF filing system. All parties are represented by counsel who are registered ECF users and have entered appearances in this case.

/s/ Sean R. Day /s/
Sean R. Day