**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ELIZBETH MCMILLAN-MCCARTNEY, *Plaintiff*, v. CALDWELL MCMILLAN, JR., *Defendant*. | Civil Action No.: 18-cv-03331-DLB |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE AND EXTEND DEADLINE TO FILE OPPOSITION TO SUMMARY JUDGMENT BY TWO WEEKS**

Defendant argues Plaintiff arbitrarily changed her request for an extension from one week to two weeks. This is false. Plaintiff's counsel realized he needed two weeks after further reviewing his work load and the work still to be done on the brief. Plaintiff has no objection to extending Defendant's reply deadline to January 17, 2022, to accommodate Plaintiff's extension request to December 17, 2021.

Respectfully Submitted,

/s/Andrew Balashov
Suvita Melehy
MELEHY & ASSOCIATES LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
Telephone: (301) 587-6364
Facsimile: (301) 587-6308
Email: abalashov@melehylaw.com
*Counsel for Plaintiff*