## AGREEMENT

WHEREAS, Caldwell McMillan, Jr. and Elizabeth McMillan McCartney are the heirs of Sylvia Ross McMillan and Caldwell McMillan, Sr., and,

WHEREAS, as heirs, Caldwell McMillan, Jr. and Elizabeth McMillan-McCartney inherited the following property located in Anne Arundel County, Maryland:

BEING KNOWN AND DESIGNATED as Lot Numbered Twenty-Eight (28) in the Subdivision known as "TWIN HILLS", as per plat thereof recorded among the Plat Records of Anne Arundel County, Maryland in Plat Book 109, at Page 19,

and,

WHEREAS, in order to facilitate the obtaining and closing of a loan on the above referenced property the parties found it necessary to convey the property to the sole name of Caldwell McMillan, Jr. and,

WHEREAS, it is the intention of the parties that Caldwell McMillan, Jr. and Elizabeth McMillan-McCartney are, nonetheless, equal owners of the property and entitled to equal proceeds from the property, it is this 23rd day of May, 1990, in consideration of One Dollar in hand paid by each of the parties to the other receipt and sufficiency of which is hereby acknowledged, agreed by the parties as follows:

1. The preamble language stated herein above is incorporated in this agreement.

2. The parties agree that, subsequent to the settlement and disbursement of funds on a loan to Caldwell McMillan, Jr. secured by the within described real property, Caldwell McMillan, Jr. will re-convey one-half interest in and to the property to Elizabeth McMillan-McCartney, and deed will be recorded.

3. Elizabeth McMillan-McCartney acknowledges that the property, upon reconveyance to her, will be subject to a lien in the amount of $132,000.00 as a result of the aforesaid loan.

4. Caldwell McMillan, Jr. acknowledges that he is to take no further action as sole owner.

**EXHIBIT B**

5. The parties further agree that the above referenced loan is to be paid in full after the litigation regarding Twin Hills is finalized and money comes into the Estate from the sale of the lots.

*Karen Episcopo*
*as to both*

_____ (SEAL)
_____ (SEAL)

**STATE OF MARYLAND, COUNTY OF ANNE ARUNDEL, to wit:**

I HEREBY CERTIFY that on this _____ day of May, 1990, before me, the undersigned subscriber, did personally appear Caldwell McMillan, Jr. and Elizabeth McMillan-McCartney, known to me or satisfactorily proved to be the persons whose names are set forth in the within instrument, and did further acknowledge that they executed the foregoing instrument for the purposes therein contained.

WITNESS MY HAND AND NOTARIAL SEAL.

My commission expires: 7/1/90

_____
Notary Public