IN THE ORPHANS' COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

IN RE:

ESTATE OF CALDWELL MCMILLAN, SR.     Estate No.:  24984

_____/

OFFICIAL TRANSCRIPT OF PROCEEDINGS
(Hearing)

Annapolis, Maryland

Tuesday, October 31, 2017

BEFORE:

    HONORABLE NANCY C. PHELPS, CHIEF JUDGE
    HONORABLE ALAN M. RZEPKOWSKI, JUDGE
    HONORABLE MAUREEN CARR-YORK, JUDGE

APPEARANCES:

    For the Estate:

        CALDWELL MCMILLAN, JR., PRO SE

    For Elizabeth McMillan-McCartney:

        SUVITA MELEHY, ESQUIRE

Electronic Proceedings Transcribed by:  William J. Garling

HUNT REPORTING COMPANY
Court Reporting and Litigation Support
Serving Maryland, Washington, and Virginia
410-766-HUNT (4868)
1-800-950-DEPO (3376)

**EXHIBIT D**

1  telling this Court that the estates should pay for work that
2  she did for Silmac -- they're two separate entities -- when
3  she knows that the estates were only shareholders in Silmac
4  and were afforded certain protections by doing things as a
5  corporation.
6         A corporation's shareholders are not liable for
7  any debts incurred or judgments handed down against the
8  corporations.  The shareholders only risk their equity in
9  the corporation.
10        So, over 28 years, this is a lot of work.  No, I
11 didn't charge anything.  I didn't charge anything, but, yes,
12 I could have charged, but I didn't.  You know, that's why
13 the Court provided -- I mean, that's why the statute
14 provides personal representatives' commissions for the work
15 that you've done.
16        And I said, Well, I'm going to get my PR
17 commissions, plus, I'm going to charge $40 an hour on --
18 well, even -- anyway, that's what I have to say about that.
19        THE COURT:  Did you, Mr. Caldwell -- or
20 Mr. McMillan --
21        MR. MCMILLAN:  Uh-huh.
22        THE COURT:  -- agree to the payment to your sister
23 of $40 an hour for time she expended on the --
24        MR. MCMILLAN:  No, definitely not.
25        THE COURT:  -- estate in November of 1990?

```
 1            MR. MCMILLAN:  No, no, that's just made up.
 2   That's just made up.  The meeting that -- I remember one
 3   meeting where they appointed her, the two lawyers, because
 4   since she was a lawyer -- is a lawyer -- was -- is a
 5   lawyer -- was a lawyer at that time, that they felt that she
 6   should be the president and treasurer of Silmac, plus, they
 7   have her in their back pocket.  You know both of them were
 8   claimants of -- anyway ...
 9            Okay.  That's my argument on why I should, because
10   of all the work that I have done.
11            THE COURT:  Okay.  Thank you.
12            We're going to start -- keep on that one and we'll
13   deal with the exceptions next.
14            MS. MELEHY:  Well, Your Honor, may I ask Mr.
15   McMillan some questions?  I know -- I'm not sure where --
16            THE COURT:  We can put Mr. McMillan on the stand.
17            MS. MELEHY:  Yes, please.
18            THE COURT:  Mr. McMillan, will you take the
19   witness stand, please, and recall that you have been sworn
20   as a witness and you are under oath.
21   Whereupon,
22            CALDWELL MCMILLAN, JR.,
23   a witness produced on call of the Legatee, previously having
24   been duly sworn according to law, was examined and testified
25   as follows:
```

HUNT REPORTING COMPANY
Court Reporting and Litigation Support
Serving Maryland, Washington, and Virginia
410-766-HUNT (4868)
1-800-950-DEPO (3376)