IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELIZABETH MCMILLAN-MCCARTNEY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action  MJM-18-3331 |
| CALDWELL MCMILLAN, JR., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this __30th__ day of September, 2022, by the United States District Court for the District of Maryland,

ORDERED that Defendant's Motion for Summary Judgment (ECF 82) is GRANTED IN PART and DENIED IN PART:

1. Defendants' Motion is GRANTED as to the portion of Plaintiff's claim for unjust enrichment in Count IX that is based upon Plaintiff's payments toward the 1990 mortgage;

2. Defendants' Motion is DENIED in all other respects; and it is further

ORDERED that Plaintiff's Cross-Motion for Partial Summary Judgment (ECF 86) is GRANTED.

                                                  /S/
                                    Matthew J. Maddox
                                    United States Magistrate Judge