# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELIZABETH McMILLAN-McCARTNEY <br><br> Plaintiff <br><br> v. <br><br> CALDWELL McMILLAN, JR. <br><br> Defendant | Case No.: <br> **18-cv-03331-MJM** |

## JOINT STATUS REPORT

Pursuant to the Court's Order (ECF 95) for a status report and Marginal Order (ECF 99) approving the parties' prior status report seeking additional time regarding the selection of a realtor for the sale of the property at issue, the parties report that they have tentatively reached agreement as to the selection of a realtor and additional terms relating to sale, and request until December 2, 2022, to submit a proposed consent order.

| | |
|---|---|
| Respectfully submitted, <br> /s/ Suvita Melehy <br> Suvita Melehy <br> MD Fed. Bar No.: 13068 <br> MELEHY & ASSOCIATES LLC <br> 8403 Colesville Road, Suite 610 <br> Silver Spring, Maryland 20910 <br> Telephone: (301) 587-6364 <br> Facsimile: (301) 587-6308 <br> Email: smelehy@melehylaw.com <br> Attorneys for Plaintiff | Respectfully submitted, <br> /s/ Sean R. Day /s/ <br> Sean R. Day (Bar No. 12831) <br> 7474 Greenway Center Dr Ste 150 <br> Greenbelt MD 20770-3524 <br> 301.220.2270 phone <br> 301.220.2441 fax <br> Sean@DayInCourt.Net <br> Attorney for Defendant |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was served this filing date upon all parties through the ECF filing system. All parties are represented by counsel who are registered ECF users and have entered appearances in this case.

/s/ Suvita Melehy
Suvita Melehy